JOHN WENZEL AND ANOTHER, RESPONDENTS, *v.* CHRISTO-
PHER MILLER AND ANOTHER, APPELLANTS.

APPEAL from a judgment in favor of the plaintiffs, entered upon
the report of a referee.

This action was brought to set aside a mortgage on the ground
of usury.

The General Term *held*, that the evidence in the case was suffi-
cient to sustain the referee in finding that the bond and mortgage
were usurious, and affirmed his report.

*E. Beneville*, for the appellants.

*Tracy, Catlin & Brodhead*, for the respondents.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment affirmed with costs.

---

AARON ARNOLD, APPELLANT, *v.* DANIEL DUSENBURY,
RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered
upon the report of a referee. The appeal was taken on the ground
that the findings of the referee were contrary to the evidence, but
the General Term, holding that the evidence was sufficient to sus-
tain them, affirmed the judgment.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TALCOTT and TAPPEN, JJ.

Judgment affirmed with costs.